```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00313
    JANICE A MUHAMMAD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6302

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/09/2007 and was confirmed 04/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

      The case was dismissed after confirmation 12/03/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AMERICA SERVICING COMPAN CURRENT MORTG        .00              .00            .00
AMERICA SERVICING COMPAN MORTGAGE ARRE        .00              .00            .00
COOK COUNTY TREASURER    SECURED           602.20              .00         602.20
ROBERT J ADAMS & ASSOC   PRIORITY       NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        3442.49              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        1111.55              .00            .00
COMED                    UNSECURED      NOT FILED              .00            .00
COMED                    NOTICE ONLY    NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI UNSECURED        4312.73              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         301.50              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       10408.41              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         294.52              .00            .00
ECAST SETTLEMENT CORP    UNSECURED          48.09              .00            .00
INTERGRATED PAIN MANAGEM UNSECURED      NOT FILED              .00            .00
LINCOLN PARK HOSPITAL    UNSECURED      NOT FILED              .00            .00
MERCHANTS & PROFESSIONAL UNSECURED      NOT FILED              .00            .00
MONTGOMERY WARD          UNSECURED      NOT FILED              .00            .00
MONTGOMERY WARD          UNSECURED      NOT FILED              .00            .00
MONTGOMERY WARD          UNSECURED      NOT FILED              .00            .00
SEARS ROEBUCK & CO       UNSECURED      NOT FILED              .00            .00
SOUTHWEST DENTAL         UNSECURED      NOT FILED              .00            .00
THE HOME DEPOT/ CBUSA    UNSECURED      NOT FILED              .00            .00
TIAN XIA DO              NOTICE ONLY    NOT FILED              .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT    306.33               .00         306.33
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,500.00                         1,454.27
TOM VAUGHN               TRUSTEE                                           160.54
DEBTOR REFUND            REFUND                                            138.46

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00313 JANICE A MUHAMMAD
```

```
TRUSTEE                                    2,661.80

PRIORITY                                                        306.33
SECURED                                                         602.20
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,454.27
TRUSTEE COMPENSATION                                            160.54
DEBTOR REFUND                                                   138.46
                                       ----------------   ----------------
TOTALS                                     2,661.80             2,661.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 00313 JANICE A MUHAMMAD